# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dezeray M. Roblero-Barrios, | Case No. 20-CV-1034 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| Lawanna Beebout, Marie Beebout, Magistrate Judge Debra A. Heise, Bonner County Sheriff's Department, Deputy Hutchinson, John and Jane Does, | |
| Defendants. | |

The Court has received the August 12, 2020, Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 3.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 3) is ACCEPTED;

2. Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 2) is DENIED; and

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 16, 2020                                  BY THE COURT:

<u>s/Nancy E. Brasel</u>
Nancy E. Brasel
United States District Judge